UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE ADVANTA CORP. ERISA LITIGATION | : | Civil Action No. 2:09-04974-CMR |
| | : | |
| | : | |

**DEFENDANTS' MOTION TO DISMISS**
**<u>PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT</u>**

Defendants Paul Jeffers, Dennis Alter, Max Botel, Dana Becker Dunn, Ronald Lubner, William Rosoff, Phillip Browne, Michael Coco, John Moore, Jodi Plavner, David Weinstock, Marci Wilf and Cathy Wilson (the "Defendants") hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6) and the provisions of Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA"), for the entry of an Order dismissing the Consolidated Class Action Complaint with prejudice in its entirety.  The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

The Defendants respectfully request oral argument.

Respectfully submitted,

s/ J. Ian Downes
Steven B. Feirson
Michael L. Kichline
J. Ian Downes
Sarah L. Wyatt
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

Attorneys for All Defendants Than John Moore

s/ Jeffery A. Dailey
David L. Comerford
Jeffery A. Dailey
AKIN GUMP STRAUSS HAUER
& FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA  19103

Attorneys for Defendant John Moore

Dated:  October 27, 2010