**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                          :
IN RE ADVANTA CORP. ERISA LITIGATION   :      Civil Action No. 2:09-04974-CMR
                                                          :
                                                          :
_____   :

**<u>ORDER</u>**

  **AND NOW**, this _____ day of _____, upon

consideration of the Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action

Complaint (the "Motion") and the accompanying Memorandum of Law, the Plaintiffs'

Response thereto, and the Defendants' Reply, it is hereby ORDERED as follows:

  1.  The Motion is GRANTED; and

  2.  The Amended Complaint is DISMISSED WITH PREJUDICE in its

entirety.

        BY THE COURT:


        _____
        Hon. Cynthia M. Rufe, U.S.D.J.