UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE ADVANTA CORP. ERISA LITIGATION | : Civil Action No. 2:09-04974-CMR |

## CERTIFICATE OF SERVICE

I, J. Ian Downes, hereby certify that on October 27, 2010, I filed the foregoing Defendants' Motion to Dismiss Consolidated Class Action Complaint, Proposed Order and Memorandum of Law to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system and that those documents are available thereon for viewing and downloading.  I further certify that, as a result of said filing, the aforementioned documents were served by the Court's ECF system upon the following:

| | |
|---|---|
| Joseph H. Meltzer<br>Edward W. Ciolko<br>Mark K. Gyandoh<br>BARROWAY TOPAZ KESSLER<br>MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | David L. Comerford<br>Jeffrey A. Dailey<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA  19103 |
| Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004 | Robert A. Izard<br>IZARD NOBEL  LLP<br>29 So. Main Street, Suite 215<br>West Hartford, CT 06107 |
| Michael D. Donovan<br>DONOVAN SEARLES, LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103 | Edwin J. Mills<br>Michael J. Klein<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY  10017 |

                                                s/ J. Ian Downes
                                                J. Ian Downes