UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ADVANTA CORP. ERISA LITIGATION | Civil Action No. 2:09-04974-CMR |

## CERTIFICATE OF SERVICE

    I, J. Ian Downes, hereby certify that on January 26, 2011, I filed the foregoing Defendants' Reply in Further Support of Their Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint with the United States District Court for the Eastern District of Pennsylvania via the Court's Electronic Case Filing (ECF) system and that this document is available thereon for viewing and downloading. I further certify that, as a result of said filing, the aforementioned document was served by the Court's ECF system upon the following:

| | |
|---|---|
| Joseph H. Meltzer<br>Edward W. Ciolko<br>Mark K. Gyandoh<br>Julie Siebert-Johnson<br>BARROWAY TOPAZ KESSLER<br>MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>*Interim Class Counsel* | David L. Comerford<br>Jeffrey A. Dailey<br>AKIN GUMP STRAUSS HAUER &<br>FELD LLP<br>Two Commerce Square<br>2001 Market Street, Suite 4100<br>Philadelphia, PA 19103<br><br>*Attorneys for John F. Moore* |
| Robert A. Izard<br>IZARD NOBEL LLP<br>29 So. Main Street, Suite 215<br>West Hartford, CT 06107<br><br>*Attorneys for Paula Hiatt* | Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br><br>*Attorneys for Matthew Ragan* |
| Michael D. Donovan<br>DONOVAN SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br><br>*Attorneys for Yates & Claflin* | Gregory M. Egleston<br>EGLESTON LAW FIRM<br>360 Furman Street, Suite 443<br>Brooklyn, NY 11201<br><br>*Attorneys for Yates & Claflin* |

| | |
|---|---|
| Edwin J. Mills.<br>Michael J. Klein<br>STULL, STULL & BRODY<br>6 East 45th Street<br>New York, NY 10017<br><br>*Attorneys for Yates & Claflin* | |

                                                                                                                    <u>s/ J. Ian Downes</u><br>
                                                                                                                    J. Ian Downes