IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ADVANTA CORP. ERISA LITIGATION | | |
| MATTHEW A. RAGAN, *et al.* | : | CIVIL ACTION |
| v. | : | |
| ADVANTA CORP., *et al.* | : | NO. 09-4974 |

### ORDER

**AND NOW**, this 30th day of September 2011, upon consideration of Defendants' Motion to Dismiss and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to all Defendants with regard to the claims in Count I based on a failure to disclose;

2. The Motion is **GRANTED** as to the Director Defendants with regard to all claims based on the Savings Plan; and

3. In all other respects, the Motion is **DENIED.**

It is further **ORDERED** that Plaintiffs may file an amended complaint within 20 days.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**