UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE ADVANTA CORP. ERISA LITIG. | CIVIL ACTION NO.: 2:09-cv-04974-CMR |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION**

Plaintiffs Matthew A. Ragan, Paula Hiatt, Pamela Yates and Joann Claflin (collectively the "Named Plaintiffs"), participants in the Advanta Corp. Employee Stock Ownership Plan (the "ESOP") and in the Advanta Corp. Employee Savings Plan (the "Savings Plan") (collectively the "Plans"), respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order granting:

1. Final approval of the Settlement in the Action on the terms of the Settlement Agreement ("Settlement Agreement"), filed with this Court on August 12, 2013 (Docket No. 155-2)[1];

2. Final certification of the Settlement Class; and

3. Final approval of the proposed Plan of Allocation.

The grounds for this Unopposed Motion are set forth in the following papers filed contemporaneously herewith:

A. Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Certification of the Settlement Class, and Final Approval of Plan of Allocation; and

B. Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval

---

[1] All Capitalized terms not defined herein are defined in the Settlement Agreement.

of Plan of Allocation and For an Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs, and exhibits thereto.

Attached hereto as Exhibits A and B, respectively, are the proposed Final Approval Order and Judgment and the proposed Plan of Allocation, as agreed to by the Parties.

DATED:  November 27, 2013            Respectfully submitted,

/s/ Mark K. Gyandoh
KESSLER TOPAZ
    MELTZER & CHECK, LLP
Edward W. Ciolko
Mark K. Gyandoh
Donna Siegel Moffa
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Interim Class Counsel*

*Additional Plaintiffs' Counsel*

| | |
|---|---|
| Robert A. Izard | Edwin J. Mills |
| Mark P. Kindall | Michael J. Klein |
| IZARD NOBEL LLP | STULL, STULL & BRODY |
| 29 South Main Street, Suite 305 | 6 East 45th Street |
| West Hartford, CT 06107 | New York, NY 10017 |
| Telephone:  (860) 493-6292 | Telephone:  (212) 687-7230 |
| Facsimile:  (860) 493-6290 | Facsimile:  (212) 490-2022 |
| | |
| *Attorney for Plaintiff Paula Hiatt* | Gregory M. Egleston |
| | GAINEY McKENNA & EGLESTON |
| | 440 Park Avenue South, 5th Fl. |
| | New York, NY 11201 |
| | Telephone:  (212) 983-1300 |
| | Facsimile:  (212) 983-0383 |

-3-

| | |
|---|---|
| Evan J. Smith, Esquire<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 667-6200<br>Facsimile: (610) 667-9029<br><br>*Attorney for Plaintiff Matthew Ragan* | Michael D. Donovan<br>DONOVAN AXLER, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 732-6067<br>Facsimile: (215) 732-8060<br><br>*Attorneys for Plaintiffs Pamela Yates & Joann Claflin* |

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation with the Clerk of Court via the CM/ECF system, which will deliver notification of filing to all counsel of record

/s/ Mark K. Gyandoh
Mark K. Gyandoh