# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ADVANTA CORP. ERISA LITIGATION | Civil Action No.:  2:09-cv-04974-CMR |

**SUPPLEMENTAL AFFIDAVIT OF CHRISTINA PETERS-STASIEWICZ**

I, Christina Peters-Stasiewicz, being duly sworn, certify as follows:

1. I am a Senior Project Manager with A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data") in Milwaukee, Wisconsin.  My business address is 600 A.B. Data Drive, Milwaukee, WI  53217.  My direct telephone number is 414-961-7527.

2. This supplemental affidavit (the "Supplemental Affidavit") is based upon my personal knowledge and information provided by Class Counsel[1], my associates and staff.

3. A.B. Data served as Settlement Administrator in connection with the notice administration in the above-captioned action (the "Action").

4. This Affidavit updates information first reported in the November 25, 2013, Affidavit of Christina Peters-Stasiewicz (the "Affidavit of Mailing").

5. As of the date of this Supplemental Affidavit, there have been a total of 182 Class Notices returned by the United States Postal Service (USPS) as undeliverable as addressed, with the following re-mail efforts undertaken:

    a. A.B. Data promptly re-mailed 13 of the undeliverable as addressed Class Notices as they were returned with forwarding addresses included.

    b. A.B. Data conducted advanced address research for the remaining 169

---

[1] Capitalized terms not otherwise defined in this document shall have the meaning provided in the Settlement Agreement.

Supplemental Affidavit of Christina Peters-Stasiewicz
Page 1 of 8

        undeliverable as addressed Class Notices, utilizing the Settlement Class member's Social Security numbers, name and prior address.  As a result, A.B. Data located 160 updated addresses and promptly re-mailed Class Notices to those 160 updated addresses.

    c.    As of the date of this Supplemental Affidavit, 17 of the 160 re-mailed Class Notices have been returned as undeliverable for a second time.  Of these, two were returned with forwarding addresses and were promptly re-mailed.

    d.    As of the date of this Supplemental Affidavit, there are nine records for which address updates were not able to be located through advanced address research.  A.B. Data will conduct further research, if instructed by Class Counsel, to locate telephone numbers or other contact information, and will contact these individuals for further address updates.  In total, there are 24 Class Notices that were not successfully delivered.

6.    As of the date of this Supplemental Affidavit, there have been no additional voicemail messages received by A.B. Data for forward to Class Counsel.  The total number of voicemail messages received and forwarded is three.

7.    As noted in the original Affidavit of Mailing, on or about October 31, 2013, a Settlement Website was created where all Settlement-related documents, including the Settlement Agreement, have been posted.  As of the date of this Supplemental Affidavit, a total of 179 hits have been recorded at the website.  As of the date of this Supplemental Affidavit, the different Settlement-related documents have been downloaded a total of eighty eight (88) times as detailed below:

    a.    the Notice of Class Action Settlement has been downloaded 12 times;

    b.    the Notice by Publication of Proposed Class Action Settlement and Final

        Approval Hearing has been downloaded 7 times;

c.     Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, and Scheduling of a Final Approval Hearing has been downloaded 4 times;

d.     the Settlement Agreement – Exhibit A has been downloaded 8 times;

e.     the Schedule – Exhibit B has been downloaded 3 times;

f.     the KTMC Firm Resume – Exhibit C has been downloaded twice;

g.     Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, and Scheduling of a Final Approval Hearing has been downloaded twice;

h.     the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, Preliminarily Certifying a Class for Settlement Purposes, Approving Form and Manner of Class Notice, and Setting Date for Hearing on Final Approval of Settlement has been downloaded 3 times;

i.     Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs has been downloaded once;

j.     Plaintiffs' Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for the Named Plaintiffs has been downloaded twice;

k.    the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards to the Named Plaintiffs has been downloaded once;

l.    Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation has been downloaded once;

m.    Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation has been downloaded twice;

n.    Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation - Exhibit A – [Proposed] Final Approval Order and Judgment has been downloaded once;

o.    Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Final Approval of Plan of Allocation – Exhibit B – [Proposed] Plan of Allocation has been downloaded twice;

p.    the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions has been downloaded once;

q.    the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 1 – Settlement Agreement has been downloaded once;

r.    the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 2 – Plan of Allocation has been downloaded once;

s.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 3 – Report of Independent Fiduciary has been downloaded once;

t.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 4A – In re Touch America Holdings, Inc. ERISA Litigation – Order Appointing Independent Fiduciary in Connection with Proposed ERISA Settlement has been downloaded once;

u.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 4B – Wilson, et al., v. Venture Financial Group, Inc., et al. – Final Order and Judgment has been downloaded once;

v.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 4C – Miller, et al., v. Palm Desert Investments, et al. – Final Order and Judgment has been downloaded once;

w.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 5A – In re Merck & Co., Inc. Vytorin ERISA Litigation - Order has been downloaded once;

x.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 5B – In re Merck & Co., Inc., Securities, Derivative & ERISA Litigation – Proposed Final Order has been downloaded once;

y.   the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 5C – In re Schering-Plough Corporation ERISA Litigation – Order and Final Judgment has been downloaded once;

z. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 6 – Affidavit of Christina Peters-Stasiewicz has been downloaded 3 times;

aa. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 7 – Kessler Topaz Meltzer & Check, LLP – Advanta Corp. ERISA – Time Report has been downloaded once;

bb. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 8A – In re Merck & Co., Inc., Securities, Derivative & ERISA Litigation – Proposed Final Order has been downloaded twice;

cc. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 8B – In re Schering-Plough Corporation ERISA Litigation – Order Awarding Lead Counsel's Attorneys' Fees and Reimbursement of Expenses and Named Plaintiffs' Case Contribution Award has been downloaded 3 times;

dd. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 9 – Kessler Topaz Meltzer & Check, LLP – Advanta Corp. ERISA – Expense Report has been downloaded twice;

ee. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 10 – Kessler Topaz Meltzer & Check, LLP – Firm Resume has been downloaded twice;

ff. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 11 – Declaration of Robert A. Izard in Support of Motion

for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded once;

gg. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 12 – Declaration of Edwin J. Mills of Stull, Stull & Brody in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded once;

hh. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 13 – Declaration of Evan J. Smith, Esquire in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded once;

ii. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 14 – Declaration of Michael D. Donovan in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded once;

jj. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 15 – Declaration of Gregory M. Egleston in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded once;

kk. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 16 – Declaration of Major Kahn in Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards has been downloaded twice;

ll. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 17 – Declaration of Named Plaintiff Matthew A. Ragan in Support of Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Named Plaintiffs has been downloaded once;

mm. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 18 – Declaration of Named Plaintiff Paula Hiatt in Support of Unopposed Motion for Attorneys' Fees and Expenses and Named Plaintiffs' Case Contribution Award has been downloaded once;

nn. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 19 – Declaration of Named Plaintiff Pamela G. Yates in Support of Unopposed Motion for Attorneys' Fees and Expenses and Named Plaintiffs' Case Contribution Award has been downloaded twice; and

oo. the Declaration of Mark K. Gyandoh in Support of Plaintiffs' Unopposed Motions – Exhibit 20 – Declaration of Named Plaintiff Joann Claflin in Support of Unopposed Motion for Attorneys' Fees and Expenses and Named Plaintiffs' Case Contribution Award has been downloaded 4 times.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2013.

*/s/ Christina Peters-Stasiewicz*
Christina Peters-Stasiewicz

SUBSCRIBED and SWORN before me on the 23rd day of December, 2013.

*/s/ Daniel J. Rieck*
Daniel J. Rieck
CPT, JA, USAR
10 USC § 1099a

Supplemental Affidavit of Christina Peters-Stasiewicz
Page 8 of 8