UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE ADVANTA CORP. ERISA LITIG. ) CIVIL ACTION NO.: 2:09-cv-04974-CMR

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT
OF EXPENSES AND CASE CONTRIBUTION
<u>AWARDS TO THE NAMED PLAINTIFFS</u>

FILED

JAN - 9 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

The matter having come before the Court on January 8, 2014, on the application of Class Counsel for an award of attorneys' fees, reimbursement of expenses incurred in the Action, and for Case Contribution Awards to the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the Settlement of this Action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefrom:[1]

IT IS HEREBY ORDERED AND ADJUDGED:

1. The Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

2. Class Counsel is hereby awarded attorneys' fees of $1,350,000.00 and reimbursement of expenses in the sum of $ 242,667.90, to be paid from the Settlement Fund. The Court finds that the amount of fees awarded is fair and reasonable given the substantial risks of non-recovery, the time and effort involved, and the results obtained for the Settlement Class.

3. Named Plaintiff Matthew A. Ragan is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of his contribution to this Action.

4. Named Plaintiff Paula Hiatt is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contribution to this Action.

5. Named Plaintiff Pamela Yates is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

---

[1] All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement dated as of August 12, 2013, and filed with this Court.

1

6. Named Plaintiff Joann Claflin is awarded $5,000.00 as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of her contributions to this Action.

**SO ORDERED**, this 9th day of January, 2014.

                                                           Honorable Cynthia M. Rufe
                                                         United States District Judge